# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV15-9534-CAS(RAOx) | Date | April 6, 2016 |
|---|---|---|---|
| Title | Rosa Maria Castro v. San Fernando Police Department et al | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Connie Lee | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS) - ORDER TO SHOW CAUSE

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the complaint within 20 days after service (60 days if the defendant is the United States). Fed. R. Civ. Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **April 21, 2016** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response.

Plaintiff is advised that the Court will consider the following as a satisfactory response to the Order to Show Cause:

Proof(s) of service of summons and complaint on the following defendant(s): **San Fernando Police Department; Interim Chief Robert Parks**

An answer by the following defendant(s): **City of San Fernando**

Plaintiff's application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure as to the following defendant(s): **City of San Fernando**

on or before the date indicated above, the Court will consider this a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CL | |